## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number:
United States v. Qudoos
                                                       08 CR 669
                                                       08 CR 669

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABDUL QUDOOS Bakhshi

| NAME (Type or print) |
| --- |
| Keri A. Ambrosio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Keri A. Ambrosio |
| FIRM |
| Law Offices of Keri A. Ambrosio |
| STREET ADDRESS |
| 53 W. Jackson Blvd., Ste. 1220 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6273725 | (312) 788-1598 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
8-27-08
AUG 27 2008
Judge Samuel Der-Yeghiayan
U.S. District Court