IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 08 CR 669 |
| | ) | Hon. Matthew F. Kennelly, |
| ABDUL QUDOOS BAKHSHI, | ) | Presiding. |
| Defendant. | ) | |
| | ) | |

AGREED ORDER

This cause having come before the Court, and the Court having been advised of

all relevant matters, IT IS HEREBY ORDERED THAT:

Mr. Bakhshi is permitted to travel outside of the Eastern District of Virginia, to

Orlando, Florida, from May 15 through June 15, 2011.


Dated: 5-9-11          ENTER: _Matthew Kennelly_

                       Hon. Matthew F. Kennelly
                       U.S. District Court Judge