```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )   No. 08 CR 669-7
              Plaintiff,       )
                               )   Chicago, Illinois
       v.                      )   September 13, 2012
                               )   1:30 p.m.
ABDUL QUDOOS BAKHSHI,          )
                               )
              Defendant.       )


                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:

For the Government:      UNITED STATES ATTORNEY'S OFFICE, by
                         MR. JOSEPH STEWART
                         Assistant United States Attorney
                         219 South Dearborn Street
                         Chicago, Illinois 60604

                         UNITED STATES
                         DEPARTMENT OF JUSTICE, by
                         MR. MARK GRIDER
                         1400 New York Avenue
                         Washington, D.C. 20530

For the Defendant:       MR. ABDUL QUDOOS BAKHSHI, pro se
```

Valarie M. Ramsey, CSR, RMR
P.O. Box 16
Hazel Crest, Illinois 60429
(708) 860-8482

```
1            THE CLERK:  09 CR 669, U.S.A. versus Bakhshi.
2            THE COURT:  Sorry for the late start.  And I probably
3  completely screwed this up now in doing that, but couldn't be
4  helped.
5            MR. STEWART:  Jeffrey Stuart on behalf of the United
6  States.
7            MR. GRIDER:  Mark Grider for the United States.
8            THE COURT:  And we've got the interpreter here,
9  including the interpreter for, it's Dari, right.
10           THE INTERPRETER:  That's right.
11           THE COURT:  And we have the phone number for
12 Mr. Bakhshi.
13           MS. FUNES:  Your Honor, I would ask that the
14 interpreter use this phone here.  And he'll be on the phone
15 simultaneously interpreting what is being said from
16 Mr. Bakhshi.
17           THE COURT:  Okay.  That's fine.  Let me just get his
18 motion in front of me for a second.
19           You've also noticed up a motion on everybody else.
20 Have you gotten any feedback on that?
21           MR. STEWART:  No.
22           THE COURT:  You noticed it up for today.
23           MR. STEWART:  Yes.
24           THE COURT:  Let's do Mr. -- deal with Mr. Bakhshi
25 first, and then we'll kind of move on.
```

1   MR. STEWART: Your Honor, to be clear, is that part
2  of our motion where Mr. Bakhshi is asking for this money to be
3  returned, our motion --
4   THE COURT: Is asking to apply it to his restitution.
5   MR. STEWART: Exactly.
6   THE COURT: Is it the fine or the restitution?
7   MR. STEWART: It's the restitution.
8   THE COURT: It's the restitution. Okay.
9   THE CLERK: May I connect?
10  THE COURT: Yeah. So the idea is for the interpreter
11 to call him on this phone. The interpreter will make whatever
12 introductions, and he's going to listen and talk through the
13 phone.
14  MR. STEWART: Judge, if I could, one other
15 housekeeping matter. Mr. Grider is here from main justice and
16 is handling those parts of the motion that relate to the
17 supervised release, and I'll take --
18  THE COURT: Understood. You're on the financial
19 part.
20  MR. STEWART: That's right.
21  THE COURT: We've called the phone number that we got
22 for Mr. Bakhshi. The interpreter has taken the phone.
23  And, Mr. Interpreter, first of all, give your name
24 for the record.
25  THE INTERPRETER: Henri Tikmehdash, H-e-n-r-i, last

1  name, T-i-k-m-e-h-d-a-s-h.
2  THE COURT:  And can you confirm that we've got Abdul
3  Qudoos Bakhshi on the other end of the line?
4  THE INTERPRETER:  Yes, your Honor, he's confirming
5  that he's Abdul Qudoos Bakhshi.
6  THE COURT:  Okay.  And so raise your right hand.
7  (Interpreter sworn.)
8  THE COURT:  So today the matter's up before the court
9  on Mr. Bakhshi's motion to end his supervised release and
10 asking to return money from him that was seized when he was
11 arrested at O'Hare Airport back in 2008.  That's the first
12 thing.
13 The government has also filed a motion asking to have
14 the money that was seized from Mr. Bakhshi applied to pay --
15 THE INTERPRETER:  Just a second.  Can you raise my
16 volume?
17 THE COURT:  Is that better?
18 So let me pick up where I left off.
19 The government has made a request asking me to take
20 the money that was seized from Mr. Bakhshi and apply it to pay
21 his portion of the restitution that was ordered as part of his
22 sentence.  So let me just ask the government's lawyers have I
23 accurately stated it, at least as far as you understand it?
24 MR. STEWART:  That is correct, your Honor.
25 THE COURT:  And, Mr. Interpreter, can you ask

1  Mr. Bakhshi whether he received a copy of the government's
2  request, if he received a copy of the government's motion
3  asking to apply the money?
4      THE DEFENDANT: Yes, yes.
5      THE COURT: Okay. So I think the thing I'd like to
6  do first is I'd like to give Mr. Bakhshi an opportunity,
7  through the interpreter, to tell me anything additional that
8  he would like to tell me.
9      THE DEFENDANT: My request is not too much, just I'm
10 asking that the supervision part of my sentencing, which is
11 going to be till March 2013, and that he pardon that one and
12 accept that one.
13     THE COURT: Ask Mr. Bakhshi, please, what his request
14 is currently with regard to the monetary aspect.
15     THE DEFENDANT: My suggestion is also is that written
16 in that request, and it is about $9,930, that it's not belong
17 to me, and I just wanted the judge pardon that one, and I beg
18 him that, plead that, that please release that fund so I
19 can -- this money is not mine to give them to whoever it is,
20 and also I have a lot of other debt and payment that I want to
21 take care of.
22     These are all my two requests.
23     THE COURT: Okay. I have a question for the
24 government. In the government's motion there is paragraph 7
25 of the government's motion, saying that you don't believe that

1 there's any authority for me to modify the restitution at this
2 point in time.
3    MR. STEWART: That's correct, Judge.
4    THE COURT: Since it's a condition of his supervised
5 release, or is he on probation?
6    MR. STEWART: As I understand the judgment that was
7 entered in this case, it was not merely a condition of
8 supervised release, but in the first instance it was something
9 that was ordered to be paid into the Mandatory Victim
10 Restitution Act, so it's the equivalent of a money judgment.
11    THE COURT: Okay. So understanding that, it also
12 becomes a condition of supervised release that the person pay
13 the restitution. Are you saying that I don't have the -- I
14 don't know one way or another. Are you saying I don't have
15 the authority to modify that?
16    MR. STEWART: It's our -- yes, I think what the law
17 is in this case is that the liability is what it is right now.
18 It's a final judgment, and it's unalterable.
19    THE COURT: The case you cited in your motion, United
20 States versus Goode, G-o-o-d-e, is that about restitution?
21    MR. STEWART: No. It's a case involving fine, but it
22 stands for the proposition that once a sentence is imposed,
23 the court loses authority over the judgment itself, and there
24 needs to be a specific statute that the court -- you know,
25 that provides the court with authority to do whatever the

1  parties are requesting the court to do.
2      THE COURT: Okay. I'm going to pause for a second
3  because I want to look at something. What's the section for
4  the MVRA?
5      MR. STEWART: Well, there's three sections, your
6  Honor. I'm not really quite sure what you're trying to
7  answer, but 3613 would be the section that -- the enforcement
8  section.
9      THE COURT: Yes. What are the others?
10     MR. STEWART: 36 -- I'm sorry 3663A and 3664.
11     THE COURT: 3663 is the one I'm looking for.
12     Just tell him I'm reading something to myself here so
13 that he doesn't wonder what's happening.
14     (Brief pause.)
15     THE COURT: Okay. I'm going to speak slowly so that
16 the interpreter is translate what I'm saying. If you would
17 please tell Mr. Bakhshi to listen to you, and I'll tell you to
18 tell him when I'm done.
19     Okay. So first of all, I'm denying Mr. Bakhshi's
20 request to return money to him. Under the law, once a
21 restitution judgment is imposed, once a restitution judgment
22 is imposed, it's a final judgment, and it cannot be modified
23 in terms of the total amount. I have authority to adjust how
24 quickly it's paid, but I don't have authority to change the
25 amount once I've imposed it.

1   As far as Mr. Bakhshi's statement that part of this
2   money belongs to someone else, at the moment that's between
3   him and that other person.  If the other person believes that
4   he has an interest in money that the government's holding,
5   then he can file some sort of a claim asking to get that money
6   back.  But at this point that person has not done that.
7   Turning for the moment to the government's request,
8   which is asking me to apply seized money to pay restitution,
9   I'm granting that motion because there's no question that the
10  restitution obligation is valid and that it is still owed, and
11  it's appropriate to use that money to pay that obligation.
12  And this part of my ruling applies not just to
13  Mr. Bakhshi, but also to Mr. Alam and to Mr. West.
14  Mr. Bakhshi has also asked me to terminate his
15  supervised release.  I'm granting that request.  I don't see
16  any good reason to continue to have Mr. Bakhshi under court
17  supervision.
18  And if the government wants to, you know, take steps
19  to enforce the other $6,000 of the restitution, then the
20  government has remedies for that.
21  So just to summarize, the government's motion for --
22  excuse me.  Pardon me.  One second.
23  To summarize, the government's motion asking to apply
24  seized assets to restitution is granted.  That's docket
25  No. 1074 on the docket.  And Mr. Bakhshi's motion asking to

1 terminate his supervised release and to return money to him,
2 that's granted with regard to the supervised release, but it's
3 denied with regard to the return of money.
4     That's my ruling. We're done.
5     Did you have something else you wanted to say?
6     MR. GRIDER: Just do you mind if the government --
7     THE COURT: Because you know if you talk, I'm going
8 to have to let him talk. So do you want to talk? I don't
9 care. If you want to say something, go ahead and say it.
10     MR. GRIDER: Your Honor, just for the record, as the
11 court knows, under 18 U.S.C. 3583(e)(1), modification of
12 supervised release can only happen after one year.
13     THE COURT: Okay. You asked for it; you got it. So
14 here's the deal. That doesn't take account of the fact that
15 this man had to remain under supervision in a country that he
16 got tricked into coming to for four years. So if you want to
17 appeal me, bring it on.
18     Good-bye.
19     MR. GRIDER: Thank you, your Honor.
20     THE COURT: We're done.
21     THE DEFENDANT: I want to thank you, your Honor, very
22 much. I thank you for understanding me, and my family thanks
23 you.
24
25

```
                    *    *    *    *    *    *    *

                              C E R T I F I C A T E



             I hereby certify that the foregoing is a true and
    correct transcript of the above-entitled matter.


    /s/ Valarie M. Ramsey                         09-14-2012
    _____                    _____
     Court Reporter                                  Date
```